```
             IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

MELVIN ANDERSON,                    *

    Petitioner              *

vs.                                 *
                                            CASE NO. 87-CR-1649 (CDL)
UNITED STATES OF AMERICA,           *   Rule 60(b) Motion

    Respondent.             *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on September 6, 2005, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 31st day of October, 2005.

                                                  /s/ Clay D. Land
                                                      CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE