```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

| | | |
|---|---|---|
| MELVIN ANDERSON, | * | |
| Petitioner, | * | |
| vs. | * | |
| | | CASE NO. 4:06-CV-91 (CDL) |
| UNITED STATES OF AMERICA, | * | 4:87-CR-1649(JRE) |
| Respondent. | * | |
| | * | |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 10, 2006, is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 3rd day of October, 2006.

                                       S/Clay D. Land
                                         CLAY D. LAND
                                UNITED STATES DISTRICT JUDGE