IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | |
| MELVIN ANDERSON, | * | CASE NO. 4:87-CR-1649(CDL) |
| Defendant/Petitioner | * | |
| | * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 6, 2007, is hereby approved, adopted, and made the Order of the Court.

The objections of the Defendant have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 29th day of August, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE