```
               IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

| | |
|---|---|
| MELVIN ANDERSON, | * |
|     Petitioner, | * |
| vs. | * |
| |     CASE NO. 4:87-CR-1649 (CDL) |
| UNITED STATES OF AMERICA, | * |
|     Respondent. | * |

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 23, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 5th day of January, 2009.

                                            S/Clay D. Land
                                              CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE