IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MELVIN ANDERSON, | * |
|     Petitioner, | * |
| vs. | * |
| |   CASE NO. 4:87-CR-1649 (CDL) |
| UNITED STATES OF AMERICA, | * |
|     Respondent. | * |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 14, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 8th day of March, 2010.

                                        S/Clay D. Land
                                          CLAY D. LAND
                        UNITED STATES DISTRICT JUDGE