IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| vs. | * |
| | * |
| MELVIN ANDERSON, | * CASE NO. 4:87-cr-1649-CDL-MSH |
| Petitioner. | * |
| | * |

## O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 16, 2021 is hereby approved, adopted, and made the Order of the Court, including the denial of a certificate of appealability.

The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 1st day of November, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA